In the Matter of TAMMY ROBINSON, Appellant. COMMISSIONER OF LABOR, Respondent.

Submitted June 29, 2015; decided September 10, 2015

Motion, insofar as it seeks leave to appeal from the February 2015 Appellate Division order, dismissed as untimely (*see* CPLR 5513 [b]; *Eaton v State of New York*, 76 NY2d 824 [1990]); motion, insofar as it seeks leave to appeal from the April 2015 Appellate Division order denying reargument, dismissed upon the ground that such order does not finally determine the proceeding within the meaning of the Constitution.